1

2

3

4

5

6

7

8

9

10

11

a protective order in *Morales v. City*, et al., Case No.07CV0186 JM (WMc).  (See, Decl.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28