

**Civil Party Search**
Tue Oct 4 23:37:36 2011
No Records Found

User: mf0402
Client:
Search: Civil Party Search Name krafft, fred All Courts Page: 1

**No records found**

| | |
|---|---|
| | Receipt 10/04/2011 23:37:36 70148686 |
| User | mf0402 |
| Client | |
| Description | Civil Party Search |
| | Name krafft, fred All Courts Page: 1 |
| Pages | 1 ($0.08) |