UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. HARRIS; MAY HARRIS; HALEY HARRIS, a minor by her Guardian ad Litem, MAY HARRIS; CAMERON HARRIS, a minor by his Guardian ad Litem, MAY HARRIS,<br><br>Plaintiffs,<br>v.<br><br>CITY OF CHULA VISTA; OFFICER JEFF CRAFT; CHIEF OF POLICE RICHARD B. EMERSON; DOES 1-10, inclusive,<br><br>Defendants. | Civil No. 09cv2239 JAH(POR)<br><br>**ORDER TO SHOW CAUSE** |

On February 11, 2013, this matter came on regularly for hearing defendants' motions *in limine*. Bart C. Meisfeld and Stephen D. Lucas appeared on behalf of defendants. Counsel for plaintiffs failed to appear. After hearing from defendants, the Court continued the hearing to a later date and now finds it appropriate to issue an order to show cause.

Accordingly, IT IS HEREBY ORDERED counsel for plaintiffs shall appear before this Court on **February 19, 2013 at 2:30 p.m.** in Courtroom 13B to show cause why

//
//
//

1  sanctions should not be imposed for her failure to appear at the motions *in limine* hearing
2  on February 11, 2013.

DATED: February 11, 2013

_____
JOHN A. HOUSTON
United States District Judge