UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. HARRIS; MAY HARRIS; HALEY HARRIS, a minor by her Guardian ad Litem, MAY HARRIS; CAMERON HARRIS, a minor by his Guardian ad Litem, MAY HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHULA VISTA; OFFICER JEFF CRAFT; CHIEF OF POLICE RICHARD B. EMERSON; DOES 1-10, inclusive,<br><br>Defendants. | Civil No. 09cv2239 JAH(POR)<br><br>**ORDER TO SHOW CAUSE** |

Good cause appearing, IT IS HEREBY ORDERED that counsel for defendants and the City Attorney shall appear before this Court on **March 11, 2013 at 2:30 p.m.** in Courtroom 13B to show cause why they should not be held in contempt for the use of derogatory language toward plaintiffs' counsel in a previously filed document that exhibits their lack of professionalism in violation of Local Rule 83.4(2.a)(directing that counsel must avoid "disparag[ing] the intelligence, ethics, morals, integrity or behavior of opposing parties or counsel unless such characteristics are at issue."). *See* Doc. # 57-1 ¶ 4.

DATED:   February 25, 2013

_____
JOHN A. HOUSTON
United States District Judge

09cv2239